ROBERT RICCOBONO v. H.O.B. MOTORS, INC., *ET AL.*

May 17, 1972. Petition for certification denied.

A. N. WEISSMAN & SONS CO., INC. v.
BARBY'S REFRIGERATING COMPANY.

May 17, 1972. Petition for certification denied.

SEYMOUR E. SPILKA d/b/a GENERAL FACTORS CO. v.
SOUTH AMERICAN MANAGERS, INC., *ET AL.*

May 17, 1972. Petition for certification denied.

IN THE MATTER OF THE APPLICATION OF VERNON
CHARLES HANSEN, JR., FOR WRIT OF HABEAS COR-
PUS.

May 17, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ROOSEVELT WASHINGTON.

May 17, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES CONNOD HENDRIX.

May 17, 1972. Petition for certification denied.